NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R. 1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-2830-15T4

MATTHEW HOLLINGSWORTH,
Administrator of the Estate
of HOUSTON CALHOUN, deceased,

 Plaintiff-Appellant,

and

KEVIN MITCHELL,

 Plaintiff,

v.

7-ELEVEN, INC.,

 Defendant-Respondent,

and

FELIPE MEDINA, JOSEPH H. YANG and
CHANMO YANG,

 Defendants.

 Submitted September 26, 2017 - Decided October 6, 2017

 Before Judges Carroll, Leone and Mawla.

 On appeal from the Superior Court of New
 Jersey, Law Division, Camden County, Docket
 No. L-1317-13.
 Marrone Law Firm, LLC and Jonathan M. Cohen,
 LLC, attorneys for appellant (Michael D.
 Pomerantz, of counsel and on the briefs).

 Ward Greenberg Heller & Reidy, LLP, attorneys
 for respondent (Daniel M. Young and Amy L.
 Hansell, of counsel and on the brief).

PER CURIAM

 We have been advised prior to argument that this matter has

been amicably adjusted and the parties have stipulated to the

dismissal of this appeal. Accordingly, the appeal is dismissed

with prejudice and without costs.

 Dismissed.

 2 A-2830-15T4